IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TAMMY STROTHER**                                                                            **PLAINTIFF**

vs.                                             **Civil No. 6:20-cv-06125**

**KILOLO KIJAKAZI,**                                                        **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 8th day of September 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                               /s/ *Barry A. Bryant*
                                                               HON. BARRY A. BRYANT
                                                               U. S. MAGISTRATE JUDGE